UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAWRENCE R. CRAIG

VERSUS

AMERICAN OVERSEAS MARINE CORP., ET AL.

CIVIL ACTION

NO. 14-256-SDD-RLB

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 6, 2014. Defendants have filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[4] is GRANTED, and this action shall be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana the 16 day of December, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 13.
[3] Rec. Doc. 14.
[4] Rec. Doc. 9.